**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TOMMY ANDRES GONZALES,** | ) | NO. SACV 16-1382-JVS (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **MARIA PEREZ,** *et al*, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 29, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28